**No. 68703.**—Novelty Import Co., Inc. *v.* United States, protests 61/1675, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.

**No. 68704.**—Hahne & Co. *v.* United States, protests 61/3672 and 62/16335 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.

**No. 68705.**—B. Altman & Co. et al. *v.* United States, protests 62/12756, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.